UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DONALDSON, Jr., Petitioner, v. RAYMOND MADDEN, Warden, Respondent. | Case No. 18-02286 EJD (PR) **ORDER OF DISMISSAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On April 17, 2018, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 2.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 5/24/2018

_____

EDWARD J. DAVILA

---

[1] This action was reassigned to this Court to May 21, 2016. (Docket No. 5.)

Order of Dismissal
P:\PRO-SE\EJD\HC.18\02286Donaldson_dism-ifp.docx

United States District Judge